## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| | : | |
| DAMEANE LEE MOORE, | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| KATHY BRITTIAN, | : | No. 21-4228 |
| Respondent. | : | |
| | : | |

## ORDER

**AND NOW,** this      1st      day of September , 2022, upon independent consideration of

Petition for Writ of Habeas Corpus and the Supplemental Petition for Writ of Habeas Corpus

(ECF Nos. 2, 4), and any responses or replies thereto, and after review of the Report and

Recommendation of United States Magistrate Judge Pamela A. Carlos, to which no objection

has been made, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The Petition for Writ of Habeas Corpus and Supplemental Petition for Writ of

    Habeas Corpus (ECF Nos. 2, 4) is **DENIED**;

3. The motions for appointment of counsel (ECF Nos. 10, 11) are **DENIED**; and

4.  A Certificate of Appealability **SHALL NOT** issue because, based on the
    analysis contained in the Magistrate Judge's Report and Recommendation, as
    approved and adopted by this Court, a reasonable jurist could not conclude
    that the Court is incorrect in denying and dismissing the Habeas Petition. See
    28 U.S.C. § 2253(c)(2); Slack v. McDaniel, 529 U.S. 473 (2000).

5. The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

/s/ Joel H. Slomsky
HON. JOEL H. SLOMSKY
United States District Judge